UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
RAQUEL CHAMBERLAIN,
BLANCHE TOLBERT,
TYNISHA RIVERS,

                        Plaintiffs,
on behalf of themselves and all others similarly situated,

Civil Action No.: 10CV2152
(DGT)(CLP)

**STIPULATION & ORDER
OF DISMISSAL**

-against-

OUTREACH DEVELOPMENT CORPORATION,

                        Defendant.
------------------------------------------------------X

**PLEASE TAKE NOTICE** that it is hereby stipulated and agreed that pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the above entitled action is hereby discontinued with prejudice, and without costs.

Dated: Brooklyn, New York

June 28, 2010

LAW OFFICE OF DAVID WIMS
David C. Wims, Esq. (DW-6964)
*Attorney for Plaintiffs*
1430 Pitkin Ave., 2nd Fl.
Brooklyn, NY 11233
(646) 393-9550

VEDDER PRICE, P.C.
Michael Goettig, Esq. (MG-3771)
*Attorneys for Defendant*
1633 Broadway, 47th Floor
New York, NY 10019
(212) 407-7700

SO ORDERED:

_____
       U.S.D.J

1